# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RUTH WALLS** | : | |
| | : | **CIVIL ACTION** |
| v. | : | **No. 24-0003** |
| | : | |
| **ABINGTON SURGICAL CENTER et al.** | : | |

## ORDER

This 9th day of December, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Defendant's Amended Motion for Summary Judgment (ECF 12) is **GRANTED** and this case is **DISMISSED**. The Clerk of Court is **REQUESTED** to mark this case closed for administrative purposes.

   /s/ Gerald Austin McHugh
United States District Judge